UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:  2:13–cv–02246–MMM–FFM          DATE:  4/18/2013
Title:  PHILLIP CAULEY V. COMPUTER SCIENCES CORPORATION ET AL

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:  Anel Huerta
Court Reporter:  N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:    **(In Chambers) Order to Show Cause re Dismissal re Lack of Prosecution**

　　　The instant case was removed to the Federal District Court on 03/28/2013. A response to the complaint is due 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. See Rule 81 of the Federal Rules of Civil Procedure.

　　　It appears a response from defendant has not been filed. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before **April 25, 2013** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's/defendant's response.

　　　If plaintiff/defendant files:

■    An answer by the following defendant(s):
     **Computer Sciences Corporation**

■    Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:13−cv−02246−MMM−FFM            DATE:  April 18, 2013
Title:  PHILLIP CAULEY V. COMPUTER SCIENCES CORPORATION ET AL

on or before the date indicated above, the court will consider this a satisfactory response to the Order to Show Cause.

CV–90  **CIVIL MINUTES – GENERAL**  Initials of Deputy Clerk: ah